UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRIAN WOODRUFF,

       Plaintiff,

                                     CASE No. 2:25-CV-30

v.

                                     HON. ROBERT J. JONKER

DANYA RUSSO,

       Defendant.

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 28, 2026.   (ECF No. 34).   The Report and Recommendation was duly served on the parties.   No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 34) is **APPROVED AND ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motions to Dismiss (ECF Nos. 30, 32, and 33) are **DENIED.**

**IT IS FURTHER ORDERED** that Defendant Russo's Motion for Summary Judgment (ECF No. 26) is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED.**

A separate Judgment shall enter.

Dated:   May 21, 2026            /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE